# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VIAHART, LLC ) | |
| ) | |
| v. ) | Case No. 1:16-cv-9558 |
| ) | |
| Awesome choice; Baiyun dba B&Y; ) | Judge: Hon. Ronald A. Guzman |
| Bilipala; Caryo; Cherish The Fate; ) | |
| CYY Mall dba ZADA; Do Smart; ) | Magistrate: Hon. Susan E. Cox |
| EMIDO; Goodlucky365; ) | |
| i-sun dba Magtimes; iLOVEBABY; ) | |
| iManson; KATOP dba AGOODING/ ) | |
| Sky Pulse/MECAWIG; KIDSLAND; ) | |
| Loves; Michael's Shop dba Angielucky ) | |
| Night On dba Hommie; ) | |
| POP Baby dba poplay; ) | |
| Qiyo STore dba QIYO; ) | |
| Sissel's Store dba SIS; ) | |
| SoFou Direct dba SoFou; ) | |
| USLUCK Store dba Beauty Mood; ) | |
| Wekity ) | |

## *EX PARTE* TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF

Plaintiff, VIAHART, LLC, having filed its complaint for Federal Trademark Counterfeiting and Infringement, Unfair Competition and False Designation of Origin, and claims under the Illinois Uniform Deceptive Trade Practices Act, and having moved ex parte for a Temporary Restraining Order and other relief pursuant to Rule 65 of the Federal Rules of Civil Procedure, Fed. R. Civ. Pro. 65, and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support, finds as follows:

1. This Court has subject matter jurisdiction over the subject matter of this case;

2. This Court has good cause to believe the Court will have jurisdiction over the parties;

3. There is good cause to believe that the Defendants, identified in the Complaint (document #8) paragraphs 2-29 and Schedule A attached hereto have engaged in, and are likely to continue to engage in acts and practices that violate the Lanham Act, 15 U.S.C. §1114(1), false designation of origin claim under 15 U.S.C. §1125(a), and the Illinois Uniform Deceptive Trade Practice Act, 810 ILCS 510.

4. There is good cause to believe that immediate and irreparable injury will occur to Viahart, LLC, will occur from the sale, transfer, or other disposition or concealment by Defendants of their assets and business records unless Defendants are immediately restrained and enjoined by order of this Court.

5. There is good cause to for issuing this Order pursuant to Federal Rule of Civil Procedure 65(b).

6. A bond is to be filed in the amount of $ **10,000.00**, with the Court.

It is therefore Ordered:

I. Defendants, as identified in Schedule A, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or with them be enjoined and restrained from:

   a. Using the Viahart, LLC "Brain Flakes" Trademarks or any reproduction thereof in any manner in connection with distribution, advertising, marketing, offering for sale or sale of any product that is not a genuine Viahart, LLC "Brain Flakes" product or not authorized by Viahart, LLC to be sold;

b. Inducing or enabling any other third party to sell or distribute any product as a genuine Viahart, LLC "Brain Flakes" product that is not authorized by Viahart, LLC;

c. Engaging in activity designed to confuse consumers the Defendants' products are those sold under the authorization, supervision, sponsored or approved by Viahart, LLC;

d. Shipping, delivering, holding out for sale, storing, or disposing of, in any fashion, "Brain Flakes" products or inventory not manufactured by or for Viahart, LLC, nor authorized by Viahart, LLC to be sold or offered for sale which bear any Viahart "Brain Flakes" Trademarks, any reproductions thereof, counterfeit copies or imitations thereof;

e. Using, transferring, copying, Viahart, LLC, marketing, advertising, videos, web pages, digital photos, or other materials used by Viahart, LLC and passing off as Defendants own materials for purposes of inducing sales for counterfeit or unauthorized Viahart, LLC, goods;

f. Operating or hosting any websites, online stores, or other internet vehicles of commerce registered or operated by Defendants that are involved with the distribution, advertising, offering for sale, or sale of any product with the "Brain Flakes" Trademarks or any reproduction, or imitation thereof, which is not a genuine Viahart, LLC "Brain Flakes" product or authorized by Viahart, LLC to be sold in connection with their Trademarks.

II. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as Amazon, social media platforms such as Facebook,

YouTube, Twitter, online retailers such as WalMart and eBay, Internet search engines such as Google and Yahoo, domain name registars and domain name registries, shall within two (2) business days of receipt of this Order:

   a. Disable and cease providing services for any accounts through which Defendants, as identified in Schedule A attached hereto, engage in the sale of counterfeit and Trademark infringing goods using the Viahart, LLC "Brain Flakes" Trademarks;

   b. Disable and cease displaying any advertisements used by or associated with Defendants, as identified in Schedule A, in connection with the sale of counterfeit and infringing goods using the Viahart, LLC "Brain Flakes" Trademarks;

   c. Take all steps necessary to prevent internet links to the online stores of Defendants, as identified in Schedule A, including but not limited to, removing links to the Defendant stores from any search index.

III. Any third party with actual notice of this Order who is providing services for any of the Defendants use of the "Brain Flakes" Trademarks, or in connection with any of Defendants' websites or online stores, including advertisers, Facebook, Internet Service Providers, web hosts, sponsored search engine or ad-word providers, banks, merchant account providers including PayPal and Amazon Stores, third party processors any other payment processing service providers, shippers, domain name registars and domain name registries, shall within five days (5) after receipt of such notice, provide to Viahart, LLC (through its attorneys) all documents and records in such person's or entity's possession or control relating to:

   a. The identities and addresses, including email addresses of Defendants, their agents, servants, employees, confederates, attorneys, or any person or entity

participating with them, including, without limitation, identifying information associated with Defendants' online stores or web pages, any financial accounts and money transfers;

 b. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons or entities acting in concert with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including PayPal, Amazon Stores, or other merchant account providers, payment providers, third party processors, and credit card associations.

IV. Defendants and any persons or entities in active concert or participation with Defendants, as identified in Schedule A, who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

V. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' online stores or websites as identified in Schedule A, shall within two (2) business days of receipt of this Order:

 a. Locate all accounts and funds connected to Defendants, Defendants online stores or websites;

 b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

VI. Pursuant to Federal Rule of Civil Procedure 4(f)(3) the Court hereby finds that electronic service via E-mail or online contact form is warranted as to the Defendants identified hereto in Schedule A.

VII. This Temporary Restraining Order shall be effective as of the date of entry of this order, 11/15/2016 and a hearing for a preliminary injunction is to be heard on 11/29/2016 at 9:30 a.m./~~p.m.~~

DATE: 11/17/2016

ENTERED:

Ronald A. Guzman
United States District Court Judge

# SCHEDULE A

List of Defendants and online business addresses:

(1) Defendant "Awesome Choice," and conducting business using a website address of: https://www.amazon.com/AWESOME-CHOICE/b/ref=bl_dp_s_web_13608662011?ie=UTF8&node=13608662011;

(2) Defendant "Baiyun" dba "B&Y," and conducting business using a website address of: https://www.amazon.com/B-Y/b/ref=bl_dp_s_web_11878378011?ie=UTF8&node=11878378011&field-lbr_brands_browse-bin=B%26Y;

(3) Defendant "Bilipala," and conducting business using a website address of: https://www.amazon.com/Bilipala/b/ref=bl_dp_s_web_13650096011?ie=UTF8&node=13650096011&field-lbr_brands_browse-bin=Bilipala;

(4) Defendant "Caryo," and conducting business using a website address of: https://www.amazon.com/Caryo/b/ref=bl_dp_s_web_14510160011?ie=UTF8&node=14510160011&field-lbr_brands_browse-bin=Caryo;

(5) Defendant "Cherish The Fate," and conducting business using a website address of: https://www.amazon.com/CHERISH-THE-FATE/b/ref=bl_dp_s_web_12668820011?ie=UTF8&node=12668820011&field-lbr_brands_browse-bin=CHERISH+THE+FATE;

(6) Defendant "CYY Mall" d/b/a "ZADA," and conducting business using a website address of: https://www.amazon.com/ZADA/b/ref=bl_dp_s_web_12248444011?ie=UTF8&node=12248444011&field-lbr_brands_browse-bin=ZADA;

(7) Defendant "Do Smart," and conducting business using a website address of: https://www.amazon.com/DoSmart/b/ref=bl_dp_s_web_14561951011?ie=UTF8&node=14561951011&field-lbr_brands_browse-bin=DoSmart;

(8) Defendant "EMIDO and conducting business using a website address of: https://www.amazon.com/EMIDO/b/ref=bl_dp_s_web_13313106011?ie=UTF8&node=13313106011&field-lbr_brands_browse-bin=EMIDO;

(9) Defendant "Goodlucky365," and conducting business using a website address of: https://www.amazon.com/s/ref=bl_dp_s_web_0?ie=UTF8search-alias=aps&field-keywords=Goodlucky365;

(10) Defendant "i-sun" d/b/a "Magtimes," and conducting business using a website address of:
**https://www.amazon.com/Magtimes/b/ref=bl_dp_s_web_14946325011?ie=UTF8&node=14946325011&field-lbr_brands_browse-bin=Magtimes**;

(11) Defendant "iLOVEBABY," and conducting business using a website address of: **https://www.amazon.com/ILOVEBABY/b/ref=bl_dp_s_web_7488203011?ie=UTF8&node=7488203011&field-lbr_brands_browse-bin=ILOVEBABY**;

(12) Defendant "iManson," and conducting business using a website address of: **https://www.amazon.com/iManson/b/ref=bl_dp_s_web_1388595011?ie=UTF8&node=13885950011&field-lbr_brands_browse-bin=iManson**;

(13) Defendant "KATOP" d/b/a "AGOODING/Sky Pulse/MECAWIG," and conducting business using a website addresses of both: **https://www.amazon.com/Agooding/b/ref=bl_dp_s_web_12091562011?ie=UTF8&node=12091562011&field-lbr_brands_browse-bin=Agooding**, *and* **https://www.amazon.com/Sky-Pulse/b/ref=bl_dp_s_web_14269363011?ie=UTF8&node=14269363011&field-lbr_brands_browse-bin=Sky+Pulse**;

(14) Defendant "KIDSLAND," and conducting business using a website address of: **https://www.amazon.com/Kidsland/b/ref=bl_dp_s_web_14169396011?ie=UTF8&node=14169396011&field-lbr_brands_browse-bin=Kidsland**;

(15) Defendant "LoveS," and conducting business using a website address of: **https://www.amazon.com/Loves/b/ref=bl_dp_s_web_11877406011?ie=UTF8&node=11877406011&field-lbr_brands_browse-bin=Love%27s**;

(16) Defendant "Night On" d/b/a "Hommie," and conducting business using a website address of: **https://www.amazon.com/Hommie-Brain-Flakes-Interlocking-Plastic/dp/B01HPSJRZ8/ref=sr_1_1?s=toys-and-games&ie=UTF8&qid=1475328367&sr=1-1&keywords=night+on+brain+flakes**;

(17) Defendant "POP Baby" d/b/a "poplay," and conducting business using a website address of:
**https://www.amazon.com/POPLAY/b/ref=bl_dp_s_web_13400322011?ie=UTF8&node=13400322011&field-lbr_brands_browse-bin=POPLAY**;

8

(18) Defendant "Qiyo Store" d/b/a "QIYO," and conducting business using a website address of:
https://www.amazon.com/QIYO/b/ref=bl_dp_s_web_14372345011?ie=UTF8&node=14372345011&field-lbr_brands_browse-bin=QIYO;

(19) Defendant "Sissel's Store" d/b/a "SIS," and conducting business using a website address of:
https://www.amazon.com/Sis/b/ref=bl_dp_s_web_9618956011?ie=UTF8&node=9618956011&field-lbr_brands_browse-bin=Sis;

(20) Defendant "SoFou Direct" d/b/a "SoFou," and conducting business using a website address of:
https://www.amazon.com/SoFou/b/ref=bl_dp_s_web_14256449011?ie=UTF8&node=14256449011&field-lbr_brands_browse-bin=SoFou;

(21) Defendant "USLUCK store" d/b/a "Beauty Mood," and conducting business using a website address of:
https://www.amazon.com/BeautyMood/b/ref=bl_dp_s_web_13959422011?ie=UTF8&node=13959422011&field-lbr_brands_browse-bin=BeautyMood;

(22) Defendant "Wekity," and conducting business using a website address of:
https://www.amazon.com/Wekity/b/ref=bl_dp_s_web_14572468011?ie=UTF8&node=14572468011&field-lbr_brands_browse-bin=Wekity;

(23) Defendant "Silife," and conducting business using a website address of:
https://www.amazon.com/Silife/b/ref=bl_dp_s_web_14489370011?ie=UTF8&node=14489370011&field-lbr_brands_browse-bin=Silife;

(24) Defendant "VC-Time" d/b/a "Beyoung," and conducting business using a website address of:
https://www.amazon.com/Beyoung/b/ref=bl_dp_s_web_13225117011?ie=UTF8&node=13225117011&field-lbr_brands_browse-bin=Beyoung;

(25) Defendant "Dreamslink," and conducting business using a website address of:
https://www.amazon.com/Dreamslink/b/ref=bl_dp_s_web_7071351011?ie=UTF8&node=7071351011&field-lbr_brands_browse-bin=Dreamslink;

(26) Defendant "Palazzo" d/b/a "Zetti," and conducting business using a website address of:
https://www.amazon.com/Zetti/b/ref=bl_dp_s_web_14849964011?ie=UTF8&node=14849964011&field-lbr_brands_browse-bin=Zetti;

(27) Defendant "Michletoys" d/b/a "Michley," and conductin business using a website address of:
**https://www.amazon.com/Michley/b/ref=bl_dp_s_web_2596519011?ie=UTF8&node=2596519011&field-lbr_brands_browse-bin=Michley**;

(28) Defendant "Cawant," and conducting business using a website address of:
**https://www.amazon.com/Cawant/b/ref=bl_dp_s_web_14178854011?ie=UTF8&node=14178854011&field-lbr_brands_browse-bin=Cawant**;