IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIAHART, LLC | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-9558 |
| | ) | |
| Awesome choice; Baiyun dba B&Y; | ) | Judge: Hon. Ronald A. Guzman |
| Bilipala; Caryo; Cherish The Fate; | ) | |
| CYY Mall dba ZADA; Do Smart; | ) | Magistrate: Hon. Susan E. Cox |
| EMIDO; Goodlucky365; | ) | |
| i-sun dba Magtimes; iLOVEBABY; | ) | |
| iManson; KATOP dba AGOODING/ | ) | |
| Sky Pulse/MECAWIG; KIDSLAND; | ) | |
| Loves; Night On dba Hommie; | ) | |
| POP Baby dba poplay; | ) | |
| Qiyo STore dba QIYO; | ) | |
| Sissel's Store dba SIS; | ) | |
| SoFou Direct dba SoFou; | ) | |
| USLUCK Store dba Beauty Mood; | ) | |
| Wekity; Silifie; VC-Time dba Beyoung; | ) | |
| Dreams Link; Palazzo dba Zetti; | ) | |
| Michletoys dba Michley; Cawant | ) | |

CERTIFICATE OF SERVICE

I hereby certify and declare that I am over 18 years of age, employed in the State of Illinois, County of Cook, and I am an attorney for the Plaintiff, VIAHART, LLC, in the above captioned action.

On December 2, 2016, David Gulbransen, Attorney for the Plaintiff, served a true and accurate copy of the documents, entitled:

1. Amended Complaint

2. Plaintiff's *Ex Parte* Motion for Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by EMail and Electronic Publication Order

3. *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief

4. Notice of Docket Entry (of Minute Order Extending the *Ex Parte* Temporary Restraining Order

for the following civil action:

VIAHART, LLC v. Awesome Choice, *et al*

on Defendants:

| Defendant | Individual/Entity | Email |
|---|---|---|
| Dreams Link | Lin Yan | dreamslinkservice@hotmail.com |
| AWESOME CHOICE | Liu Yu | feiyu501@163.com |
| Cawant | tianwang pang | imhancock@126.com |
| POP BABY | bob wong | czlook@qq.com |
| VC-Time | William Lei | greatdeal2016@126.com |
| i-sun | shenzhenshixinhaikejiyouxiangongsi | 3184497674@qq.com |
| EMIDO | SHENZHEN JUNKEHAI KEJI FAZHAN CO. LTD | 690025905@qq.com |
| B&Y Co.,Ltd. | FunnyToys | zac121586@gmail.com |
| QIYO STORE | liang qian guo | qiyostore@yahoo.com |
| DoSmart | She Shi Huan | sheshihuan1@gmail.com |
| CarYo | xie long | brown_charlton_jack@yahoo.com |
| MichleyDirect | Yiwu City ZhengYue E-Commerce Co., Ltd. | michley_us@hotmail.com |
| imanson | ShenZhen Ai Man Sen Ke Ji You Xian Gong Si | sale3us@gmail.com |
| KIDSLAND | dailu | dailu16@163.com |
| Katop | yufei song | 1759675464@qq.com |
| BAIYUN | Fujian Baiyun E-Commerce Co., Ltd. | cllpiaolaing@fjbaiyun.com |
| CHERISH THE FATE | Jin Meiling | 404307013@qq.com |
| Bilipala | Bilipala | benson0917@outlook.com |
| CYYmall | Michelle Chen | 13787082793@163.com |
| SoFou Direct | xinshao su | rong60ddddddeeeeee@outlook.com |
| GoodLucky365 | Hou Songchao | goodlucky365@163.com |

| LoveS | wu biyu | xuwen198596@163.com |
|---|---|---|
| USLUCK STORE | xu hong | 285728184@qq.com |
| Sissel's Store | Lixia Yan | yanlixia1119@163.com |
| Night ON | Night ON | nighton@126.com |
| silife | Guo Zhengye | silife2016@outlook.com |
| ilovebaby | Bafangshengcai Trading Co. Ltd | facoomu@163.com |
| Wekity-US | LAI WEI XIN | 2464939069@qq.com |

via electronic mail, to the address supplied by Amazon as the email address linked to their Amazon Reseller Account (which is required by Amazon to maintain contact with the Reseller).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2016 at Oak Park, Illinois.

By: _____
David Gulbransen
Attorney of Record for the Opposer

David Gulbransen (#6296646)
Law Office of David Gulbransen
159 N. Marion Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

3